ACCEPTED
14-14-00981-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/9/2015 12:00:34 PM
CHRISTOPHER PRINE
CLERK

IN THE COURT OF APPEALS
FOR THE FOURTEENTH JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
14th COURT OF APPEALS
~~HOUSTON~~, TEXAS
6/9/2015 12:00:34 PM
CHRISTOPHER A. PRINE
Clerk

No. 14-14-00981-CV

_____

DAVID RAFFERTY, STEVE GANN, KATHY HILTON, IRENE GARCIA,
STEVE STUCKEY and APRIL BROWN
Appellants,

v.

THE LANDING COUNSEL OF CO-OWNERS, ET AL.
Appellees.

_____

On Appeal from the 127th Judicial District Court of Harris County, Texas
Trial Court Cause No. 2010-56653-B

_____

**THIRD AGREED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE JUDGE OF THIS COURT:

COME NOW, April Brown, David Rafferty, Steve Gann, Kathy Hilton, Irene Garcia and Steve Stuckey (hereinafter "Appellants") in the above-referenced matter and file this Second Agreed Motion for Extension of Time to File Appellants' Brief and, as such, will show as follows:

1.    Appellants' Brief was originally due to be filed with this Court on April 13, 2015.  This Court granted an extension, making the Brief due on May 13,

1

2015 and another extension making it due on June 12, 2015. Appellants seek an additional 30 day extension, making Appellants' Brief due on July 13, 2015.

2. The undersigned is lead counsel in a matter that is going before the Planning Commission in San Antonio on June 10, 2015. Additionally, Counsel has a trial scheduled for the docket beginning June 15, 2015 in Harris County District Court. The case is third on the docket, so it is likely to get reached. As such, Counsel has spent this week preparing for trial. As a result of this, Counsel has been unable to give significant attention to this matter. Accordingly, due to these matters and other pending trial court matters that require immediate attention of counsel, Appellants request a thirty day extension of its June 12 Brief deadline.

3. Appellants do not seek this extension merely for the sake of seeking a delay in the proceedings. To the contrary, Appellants are simply asking for some additional time to so that counsel has sufficient time to research, draft and file their Brief. The undersigned has conferred with counsel for Appellees in this matter and she has indicated that they are unopposed to this Motion.

### PRAYER

Appellants respectfully request that the Court grant their Unopposed Motion for Extension of Time to File Appellants' Brief and extend the June 13 deadline by thirty (30) days.

Respectfully Submitted,

Andy Taylor & Associates, P.C.

BY: /s/Andy Taylor
      Andy Taylor
      State Bar No. 19727600
      2668 Highway 36 S, #288
      Brenham, Texas 77833
      713-222-1817 (telephone)
      713-222-1855 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on June 9, 2015, I conferred with Shelley White, counsel for Appellees, in this matter and he indicated that he is unopposed to the relief sought in this motion.

/s/ Amanda Peterson
Amanda Peterson

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served via electronic service to the following counsel of record on June 9, 2015.

| Shelley White, Henry Platts, Jr., Howard Close, Tod Phillips, Patrick McAndrew | 713-572-4320 |
|---|---|

/s/ Andy Taylor
Andy Taylor

3